1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CASBN 202121)
3  Acting Chief, Criminal Division

4  BRIGID S. MARTIN (CASBN 231705)
   Special Assistant U.S. Attorney
5
       450 Golden Gate Ave (11th Floor)
6      San Francisco, CA 94102
       Telephone: (415) 436-7219
7      Facsimile: (415) 436-7234
       Email: brigid.martin2@usdoj.gov
8
   Attorneys for the United States
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           )   CRIMINAL NO.  3 07 70424
                                         )
14 |       Plaintiff,                    )
                                         )   NOTICE OF PROCEEDINGS ON
15 |   v.                                )   OUT-OF-DISTRICT CRIMINAL
                                         )   CHARGES PURSUANT TO RULES
16 | WALTER MINOR JOHNSON,               )   5(c)(2) AND (3) OF THE FEDERAL RULES
                                         )   OF CRIMINAL PROCEDURE
17 |       Defendant.                    )
                                         )
18 |_____)

19     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

20  Procedure that on July 16, 2007, the above-named defendant was arrested based upon an arrest

21  warrant (copy attached) issued upon an

22     X   Indictment

23     ☐   Information

24     ☐   Criminal Complaint

25     ☐   Other (describe) _____

26  pending in the District Oregon, Case Number CR 07-60049 HO.

27

28

                                        1

1     In that case, the defendant is charged with violations of Title 21 United States Code, Sections
2 841(a)(1) and 846.
3 Description of Charges: Manufacture and conspiracy to manufacture 1000 or more marijuana
4 plants, a Schedule I controlled substance, in violation of Title 21 United States Code, Sections
5 841(a)(1) and 846.

                                            Respectfully Submitted,
                                            SCOTT N. SCHOOLS
                                            UNITED STATES ATTORNEY

Date: July 16, 2007

                                            BRIGID S. MARTIN
                                            Special Assistant U.S. Attorney

\*\* TOTAL PAGE.03 \*\*

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court
## District of Oregon

0765-0423-0785-2

UNITED STATES OF AMERICA

v.

**WALTER MINOR JOHNSON**

**WARRANT FOR ARREST**

CASE NUMBER 01-60049-HO

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST WALTER MINOR JOHNSON**

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with

Manufacture of 1,000 or more marijuana plants

in violation of Title _21_ United States Code, Section(s) _841(a)(1), (b)(1)(A)(vii), and 846_

Thomas M. Coffin
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

Eugene, Oregon 4-19-07
Date and Location

Bail fixed at $ _detention_          by _Thomas M. Coffin_
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| |

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

07/15/2007  08:33  14154367669                US MARSHALS                    PAGE 03/05
JUL 16 2007 09:15 FR USMS EUGENE        15414656613 TO 914154367669        P.02

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR 07-60049-HO |
| Plaintiff, ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| WALTER MINOR JOHNSON, ) | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vii) & 846] |
| ) | |
| Defendant. ) | |

THE GRAND JURY CHARGES:

## COUNT 1
### [CONSPIRACY TO MANUFACTURE MARIJUANA]

Beginning at an undetermined time and continuing through April 26, 2002, in the District of Oregon, defendant Walter Minor Johnson, and other persons known and unknown to the grand jury, did knowingly conspire, confederate and agree to commit the following offense against the United States of America: to knowingly manufacture, distribute, and possess with intent to distribute, 1000 or more marijuana plants, a Schedule I controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vii), and 846.

### Overt Acts

In furtherance of this conspiracy and to effect and accomplish the objects thereof, one or more of the conspirators committed one or more of the following overt acts in the District of Oregon, and elsewhere:

1 – INDICTMENT

Certified to be a true and correct copy of original
in my office.
Dated 4-20-07
Sheryl S. McConnell, Clerk
By _____ Deputy

1. During the course of this conspiracy, defendant Walter Minor Johnson, conspirator Josef Balaric Johnson and other persons facilitated the manufacture of more than 1000 marijuana plants.

2. During the course of this conspiracy, residences and a warehouse were leased for the purpose of facilitating the manufacture of marijuana plants.

3. During the course of this conspiracy, defendant Walter Minor Johnson leased the following facilities: a residence located at 1070 Cedar Avenue, Coos Bay, Oregon; a residence located at 96388 Highway 42, Coos Bay, Oregon; a residence located at 68094 Ridge Road, North Bend, Oregon; and a warehouse located at 737 North Front Street, Coos Bay, Oregon.

4. During the course of this conspiracy, items used to facilitate the manufacture of marijuana were located at the following facilities: a residence located at 1070 Cedar Avenue, Coos Bay, Oregon; a residence located at 96388 Highway 42, Coos Bay, Oregon; a residence located at 68094 Ridge Road, North Bend, Oregon; and a warehouse located at 737 North Front Street, Coos Bay, Oregon. These items included but were not limited to equipment used to grow marijuana, diagram of marijuana growing operations, literature about how to grow marijuana, and lists of items needed to grow marijuana.

5. During the course of this conspiracy, defendant Walter Minor Johnson and conspirator Josef Balaric Johnson taught others how to manufacture marijuana.

6. During the course of this conspiracy, defendant Walter Minor Johnson, conspirator Josef Balaric Johnson and other persons facilitated the manufacture of more than 1000 marijuana plants at 737 North Front Street, Coos Bay, Oregon.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vii) and 846.

2 – INDICTMENT

## COUNT 2
### [MANUFACTURE OF MARIJUANA]

On or about April 26, 2002, in the District of Oregon, defendant Josef Balaric Johnson, did knowingly manufacture 1,000 or more marijuana plants, a Schedule I controlled substance; all in violation of 21 U.S.C. § 841(a)(1).

Dated this 18th day of April, 2007.

A TRUE BILL.

*Patricia H Church*
FOREPERSON

Presented by:

KARIN J. IMMERGUT
United States Attorney

*Sean B. Hoar*
SEAN B. HOAR
Assistant United States Attorney

3 – INDICTMENT