FILED
2007 JUL 16 PM 1:09
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, )
)
) CR 3-07-70424 JL
)
v. ) **REMOVAL ORDER- OUT OF CUSTODY**
)
WALTER JOHNSON )
)
Defendant. )

IT APPEARING that a(n) **INDICTMENT** has been filed in the District of **OREGON** charging the defendant above-named with a violation of Title(s) **21**, United States Code, Sections(s) **841(a)(1)(b)(1)(A)(vii) & 846**.

IT IS HEREBY ORDERED that the defendant be released on **$50,000 PR** (Bail) to report to the United States District Court for the **DISTRICT** of **OREGON** on **7-30-07 @ 1:30 p.m.** or when summoned by that district and to abide by all further orders of that Court. Any security posted as bail shall be transmitted to the clerk in the district where the offense was allegedly committed.

DATED: **7/16/07**

~~JAMES LARSON~~ NANDOR J. VADAS
United States Magistrate Judge