UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

Office of the Clerk
U.S. District Court
405 East Eighth Ave.
Eugene CA 97401

**FILED**

JUL 27 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:     U.S.A. v. Walter Johnson
Case Number:   3:07-70424 JL
Charges:       21:841(a)(1), 846 Manufacture and conspiracy to manufacture 1000 or more marijuana plants

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge   James Larson   The following action has been taken:

- [x] The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
- [x] The defendant has a court appearance in your court on:
  7/30/07 1:30 pm before Judge Coffin

Enclosed are the following documents:
original Rule 40 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*

in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

Date: _____

CLERK, U.S. DISTRICT COURT